UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA,

v.                              Case No. 8:22-cr-378-VMC-CPT

OMAR JOHANN ESQUIVEL BELLO,

    Defendant.
_____/

**ORDER**

This matter is before the Court on consideration of the parties' Joint Motion Regarding Restitution Amount. (Doc. # 41). For the reasons described below, the Motion is granted.

Omar Johann Esquivel Bello pleaded guilty to one count of wire fraud on November 8, 2022. (Doc. # 18). This Court sentenced him to a term of imprisonment of fifteen months on April 6, 2023. (Doc. # 38). At the request of the parties, the Court left open the issue of restitution. (Doc. # 40).

The Mandatory Victims Restitution Act, 18 U.S.C. §§ 3663A et seq., ("MVRA") requires sentencing courts to order restitution of the value of lost property "on the date of sentencing" if that figure is greater than the property's value on the date of loss. 18 U.S.C. § 3663A(b)(1)(B). In this case, the parties agree that the loss includes the loan

amounts paid by the Small Business Administration ("SBA") and the interest accrued on the loans up to the date of sentencing. Upon review of the parties' Motion, the Court agrees that the total restitution due to the SBA is $168,422.36.

Accordingly, it is now

**ORDERED, ADJUDGED,** and **DECREED:**

The parties' Joint Motion Regarding Restitution Amount (Doc. # 41) is **GRANTED.** Omar Johann Esquivel Bello owes restitution in the amount of $168,422.36 to the Small Business Administration.

**DONE** and **ORDERED** in Chambers in Tampa, Florida, this 21st day of April, 2023.

VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE